

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00531-CV

Kerry Ray **LAMPKIN**, Jr.,
Appellant

v.

Krystal Naomi **LAMPKIN**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 23-0374-CV-E
Honorable Heather H. Wright, Judge Presiding

PER CURIAM

Sitting:　　Rebeca C. Martinez, Chief Justice
　　　　　Irene Rios, Justice
　　　　　Lori I. Valenzuela, Justice

Delivered and Filed: November 19, 2025

DISMISSED

By letter dated August 19, 2025, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On September 18, 2025, this court ordered appellant to show cause in writing by September 29, 2025, that the filing fee had been paid. Appellant was advised that if he failed to respond within the time provided, this appeal would be

dismissed for failure to pay the filing fee. *See id*. R. 5, 42.3(c).  Appellant did not respond or pay the filing fee.  Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id*.

PER CURIAM